IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUN FAULEY, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>) |
| Plaintiff, | )  No.   1:15-cv-10735<br>) |
| v. | )  Hon.   Virginia M. Kendall<br>) |
| DRUG DEPOT, INC. a/k/a APS PHARMACY, | )<br>) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE SETTLEMENT CLASS**

NOW COMES the Plaintiff, SHAUN FAULEY ("Plaintiff"), by and through his attorneys, and hereby moves this Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order as follows:

1. Preliminarily approving the Settlement Agreement between Plaintiff, Shaun Fauley, and Defendant, Drug Depot, Inc. a/k/a APS Pharmacy.

2. Approving the form of Notice of Class Action Settlement attached as Exhibit 2 to the Settlement Agreement and its dissemination to the Settlement Class by facsimile and if unsuccessful after three (3) attempts, by postcard via U.S. mail.

3. Setting a schedule for the final approval process.

This motion is made on the grounds that the proposed settlement is within the necessary range of reasonableness to justify granting the preliminary approval. Plaintiff submits his accompanying Memorandum in Support of this motion.

4. Defendant joins in on this motion.

1

WHEREFORE, Plaintiff, SHAUN FAULEY, respectfully requests that the Court enter the proposed Preliminary Approval Order attached as Exhibit 1 to the Settlement Agreement and setting the schedule for the final approval process.

Dated: November 22, 2019

    Respectfully submitted,

    SHAUN FAULEY, individually and as the representative of a Class of Similarly Situated Persons

    By:   /s/ Brian J. Wanca
          Brian J. Wanca
          Ross M. Good
          Ryan M. Kelly
          Wallace C. Solberg
          ANDERSON + WANCA
          3701 Algonquin Road, Suite 500
          Rolling Meadows, IL 60008
          Telephone: 847/368-1500

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 22, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel of record.

                                              /s Brian J. Wanca