## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Shaun Fauley

                              Plaintiff,

v.                                                              Case No.: 1:15–cv–10735
                                                                Honorable Virginia M. Kendall

Drug Depot, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 1, 2020:

     MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Agreed Motion for Order for Final Approval of Settlement of Previously Certified Classes [219] is granted. Final Prove Up hearing set for 5/5/2020 at 9:00 a.m. Please refer to Minute Entry [216] regarding appearing telephonically if needed. Final Approval Order and Judgment to follow. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.