# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Shaun Fauley

                      Plaintiff,

v.                                              Case No.: 1:15−cv−10735
                                              Honorable Virginia M. Kendall

Drug Depot, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 28, 2020:

       MINUTE entry before the Honorable Virginia M. Kendall. On the Court's own Motion, Prove up hearing is reset from 5/5/2020 to 5/6/2020 at 10:00 AM. Parties are to appear telephonically. Please use the Court's toll free call in number 877 848 7030, conference access code is 2413900. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.